```
Lawrence V. Ashe
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131
Tel: 305-539-8400/Fax: 305-539-1307
E-mail: lashe@bsfllp.com
```

Attorneys for Petitioners *Vividus, LLC*
*f/k/a HM Compounding Services, LLC*
*and HMX Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTICT OF ARIZONA

| | |
|---|---|
| *In the Matter of the Arbitration of* | |
| CVS Health Corporation, Caremark, LLC and Caremark PCS, LLC, | |
|     Claimants, | |
| and | |
| Vividus, LLC f/k/a HM Compounding Services, LLC, HMX Services, LLC, d/b/a HM Compounding, | Case No. MC-15-0093-PHX-JJT |
|     Respondents. | |
| Vividus, LLC f/k/a HM Compounding Services, LLC, and HMX Services, LLC d/b/a HM Compounding, | **NOTICE OF APPEAL** |
|     Petitioners/Appellants, | |
| v. | |
| Express Scripts, Inc., | |
|     Respondent/Appellee. | |

Dated this 5th day of July, 2016
/s/ Lawrence V. Ashe
***Attorneys for Vividus, LLC f/k/a HM Compounding Services, LLC and HMX Services, LLC***

Notice is hereby given that *Vividus, LLC f/k/a HM Compounding Services, LLC and HMX Services, LLC,* petitioners in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the attached Order denying Petitioners' petition to enforce subpoena duces tecum entered in this action on the 13th day of June, 2016.

Respectfully submitted,

By: /s/ *Lawrence V. Ashe*
Lawrence V. Ashe, Esq.
Florida Bar No.: 932280
E-mail: lashe@bsfllp.com
Steven W. Davis, Esq.
Florida Bar No.: 347442
E-mail: sdavis@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Ste. 2800
Miami, Florida  33131
Tel: 305-539-8400
Fax: 305-539-1307
*Attorneys for Vividus, LLC f/k/a*
*HM Compounding Services, LLC and*
*HMX Services, LLC*
*(Admitted Pro Hac Vice)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2016, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon the following:

Christopher A. Smith, Esq.
Sarah C. Helmann, Esq.
Jason M. Husgen, Esq.
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Tel: (314) 480-1500
Fax: (314) 480-1505
Chris.smith@huschblackwell.com
Sara.hellmann@huschblackwell.com
Jason.husgen@huschblackwell.com

*/s/ Lawrence V. Ashe*
Lawrence V. Ashe